IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER   20-MJ-4032-RJD |
| ) | |
| ) | **FILED UNDER SEAL** |
| JARED RICO CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Adam J. Buiter, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### (Felon In Possession of Firearm)

On or about January 29, 2020 in Harrisburg, Saline County, Illinois, within the Southern District of Illinois and elsewhere,

**JARED RICO CRAWFORD,**

Subject herein, did knowingly possess, in or affecting interstate commerce, one firearm and ammunition, which had been shipped or transported in interstate commerce, after being of distribution of a controlled substance in Saline County, Illinois and sentenced to fifteen years incarceration on October 18, 2007, as defined in Title 18, United States Code, Section 922(g)(1).

I further state that this complaint is based on the following facts:

## INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2019. I am currently assigned to the Springfield, Illinois Division of the FBI where I am assigned to work drug trafficking/criminal enterprise investigations and other criminal investigations as they arise. Prior to joining the FBI, I served as a police officer and detective for approximately seven years for the Sioux Falls, South Dakota Police Department. I have a Bachelor's degree in Business with a Biotechnology Emphasis, and a minor in Criminal Justice. I have received law enforcement training from the FBI Academy at Quantico, Virginia, the Drug Enforcement Administration, the South Dakota Division of Criminal Investigation, and other agencies. Since becoming a Special Agent, I have worked with experienced Special Agents who investigate drug trafficking, weapons, and a myriad of other federal offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, sale, or transfer of firearms and ammunition in and affecting interstate commerce.

2. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **JARED RICO CRAWFORD** committed violations of Title 18, United States Code, Sections 922(g)(1).

## STATUTORY AND LEGAL AUTHORITY

4. This investigation concerns violations of Title 18, United States Code, Section 922(g)(1), relating to the Unlawful Possession of Firearms and Ammunition by a person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

5. In January of 2020, your affiant and other agents/investigators continued a drug trafficking and weapons possession investigation involving **JARED RICO CRAWFORD** and others in the Harrisburg, Illinois area. On January 29, 2020, your affiant applied for and was granted a search warrant by the Honorable Reona J. Daly for the residence of 315 South Mill Street, Harrisburg, Illinois, to search for evidence related to the illegal possession/distribution of controlled substances, and the illegal possession of firearms and/or ammunition by a prohibited person, in addition to other items.

6. The FBI and other investigators established surveillance on 315 South Mill Street, Harrisburg, Illinois during the evening hours of January 29, 2020. At approximately 6:20pm, a male matching the physical description of **JARED RICO CRAWFORD** fled from 315 South Mill Street, Harrisburg, Illinois as the FBI SWAT team was approaching the residence to execute the search warrant. The FBI SWAT team executed a search warrant on 315 South Mill Street shortly after this, and detained Jeffrey A Baxter who was inside the residence. Baxter was interviewed and told investigators that **CRAWFORD** was the one who fled from the residence right before the search warrant was executed. After the residence was cleared, investigators conducted a search of the residence. In a bedroom of the residence, investigators

found male and female adult clothing and documents to **CRAWFORD** and Vanessa Gooch. Vanessa was the known current girlfriend of **CRAWFORD** at the time of the search warrant. Inside a plastic multi-drawer tote in the closet of this bedroom, investigators found one Pasadena Firearms 7.65 caliber pistol with an obliterated serial number, men's clothing, and a gray Alcatel Cellular flip style phone. SA Buiter obtained a separate search warrant to search that Alcatel Cellular flip style phone, and found messages on the phone consistent with **CRAWFORD** using the phone, and a picture of a brown semi-automatic style rifle. When FBI SWAT team members conducted an initial search of 315 South Mill Street, they located a CN Romarm 5.45x39 caliber semi-automatic style rifle, with a magazine inserted that contained 32 rounds of .223 caliber ammunition, leaning in the corner of the bedroom described above (where the Pasadena Firearms pistol, Alcatel Cellular Phone, and documents to **CRAWFORD** were at). This CN Romarm rifle appeared similar to the one in the picture on the Alcatel cellular phone that CRAWFORD appeared to use. Investigators located eleven rounds of Hornady .45 Long Colt ammunition in a dresser in the residence, in this same bedroom.

7. Your affiant obtained certified conviction records for **JARED RICO CRAWFORD**, date of birth ▆▆▆▆▆▆, from the Saline County State's Attorney's Office. According to a certified copy of Saline County, Illinois, Circuit Court case 07-CF-121, **JARED RICO CRAWFORD** was convicted of Unlawful Delivery of a Controlled Substance Within 1000 feet of the Real Property Comprising Any Church and sentenced to 15 years of incarceration on October 18, 2007.

8. FBI Special Agent Wainscott is trained in the interstate nexus of firearms and ammunition. Based on the identifying markings displayed on the CN ROMARM 5.45x39 rifle,

4

it is believed the rifle was manufactured in the country of Romania, which is outside of the United States, and more specifically not in Illinois.

## CONCLUSION

9. Based on the foregoing, I submit that there is probable cause to believe that on January 29, 2020, in Saline County, Illinois, within the Southern District of Illinois, **JARED RICO CRAWFORD,** did knowingly possess, in or affecting interstate commerce, one firearm and ammunition, which had been shipped or transported in interstate commerce, after being of distribution of a controlled substance in Saline County, Illinois and sentenced to fifteen years' incarceration on October 18, 2007, as defined in Title 18, United States Code, Section 922(g)(1).

_____
Adam Buiter, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this

__16th__ day of April, 2020, at Benton, Illinois.


_____
United States Magistrate Judge


STEVEN D. WEINHOEFT
United States Attorney

_____
CASEY BLOODWORTH
Assistant United States Attorney